108 A.3d 630

## IN THE MATTER OF NICHOLAS FITZGERALD, AN ATTORNEY AT LAW (ATTORNEY NO. 044651984).

February 27, 2015.

## ORDER

This matter have been duly presented pursuant to *Rule* 1:20–10(b), following a granting of a motion for discipline by consent in DRB 14–378 of **NICHOLAS FITZGERALD** of **JERSEY CITY**, who was admitted to the bar of this State in 1984;

And the Office of Attorney Ethics and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.17(c)(2) (failure to timely notify clients of the sale of the attorney's law practice, at least sixty days prior to the actual transfer of the law practice), *RPC* 1.17(c)(3) (failure, as purchasing attorney of a law practice to publish a notice of the transfer in the *New Jersey Law Journal,* at least thirty days in advance of the transfer date), *RPC* 1.17(d) (improperly charging additional fees to transferred clients, by reason of the sale of the law practice), and *RPC* 8.4(a) (violating the *RPCs* through the acts of another);

And the parties having agreed that respondent's conduct violated *RPC* 1.17(c)(2), *RPC* 1.17(c)(3), *RPC* 1.17(d), and *RPC* 8.4(a), and that said conduct warrants a reprimand or lesser discipline;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's unethical conduct and having granted the motion for discipline by consent in District Docket No. XIV–2014–0435E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **NICHOLAS FITZGERALD** of **JERSEY CITY** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.